IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02341-WYD-MEH

THE POWER OF FEW, LLC, a Louisiana limited liability company,

    Plaintiff,

v.

DOES 1-21,

    Defendants.

---

**ORDER**

---

In accordance with the Notice of Dismissal filed November 11, 2013 (ECF No. 31), it is

ORDERED that John Doe 7 is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and shall hereafter be taken off the caption.

    Dated:  November 12, 2013

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge