IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02341-WYD-MEH

THE POWER OF FEW, LLC, a Louisiana limited liability company,

   Plaintiff,

v.

DOES 1-6, 8-21,

   Defendants.

**ORDER**

In accordance with the Notice of Dismissal filed December 12, 2013 (ECF No. 35), it is

ORDERED that John Does 11, 15, and 17 are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and shall hereafter be taken off the caption.

   Dated:  December 13, 2013

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge