IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02341-WYD-MEH

THE POWER OF FEW, LLC, a Louisiana limited liability company,

    Plaintiff,

v.

DOES 1-6, 8-10, 12-14, 16, 18-21,

    Defendants.

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed December 23, 2013 (ECF No. 37) and the Notice of Dismissal of Case filed on December 24, 2013 (ECF No. 38), it is

ORDERED that John Doe 4 is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  It is

FURTHER ORDERED that the remaining Defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and this case is terminated.

Dated:  December 29, 2013

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge